1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CABN 217885)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone:  (415) 436-7181
6      Facsimile:   (415) 436-6748
       Email: victoria.carradero@usdoj.gov
7
   Attorneys for Defendant
8
   Denise Hulett (SBN 121553)
9  Claudia Center (SBN 158255)
   LEGAL AID SOCIETY – EMPLOYMENT
10 LAW CENTER

11     180 Montgomery Street, Suite 600
       San Francisco, CA 94104
12     Telephone: (415) 864-8848
       Facsimile: (415) 593-0096
13     Email: dhulett@las-elc.org
       center@las-elc.org
14

15 Wendy E. Musell (SBN 203507)
   STEWART & MUSELL, LLP
16
       351 California Street, Suite 700
17     San Francisco, CA 94104
       Telephone: (415) 274-0700
18     Facsimile: (415) 520-0920
       Email: wmusell@stewartandmusell.com
19

**APPROVED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JULIE ROHLFS | ) | NO. C 11-04915 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER RE: EXTENDED TIME FOR THE DEPOSITIONS OF PLAINTIFF AND FERNANDO DEL VALLE** |
| v. | ) | |
| ERIC HOLDER | ) | |
| | ) | Dept: Courtroom 9, 19th Floor |
| Defendant. | ) | Judge: Honorable Chief Judge James Ware |
| | ) | |

Plaintiff Julie Rohlfs and Defendant Eric Holder hereby stipulate as follows:

The parties agree that Julie Rohlfs may be deposed for two (2) days, no more than seven (7) hours of record time each day, for a total of 14 record hours. After that time, should Defendant contend that he requires additional time for Plaintiff's deposition, he shall seek relief from the Court, after meeting and conferring with Plaintiff.

The parties agree that Fernando Del Valle may be deposed for three days, allotted as follows: one-and-a-half days or 10.5 record hours for Defendant and one day or seven (7) record hours for Plaintiff. After that time, should either party contend that additional time is needed for Mr. Del Valle's deposition, that party shall seek relief from the Court, after meeting and conferring with the other side.

**IT IS SO STIPULATED**

DATED: March 23, 2012                                  Denise Hulett
                                                       Claudia Center
                                                       Wendy Musell


                                                       _____/s/_____
                                                       Denise Hulett
                                                       Attorneys for Plaintiff


DATED: March 23, 2012                                  MELINDA HAAG
                                                       United States Attorney

                                                       _____/s/_____
                                                       Victoria R. Carradero
                                                       Assistant United States Attorney
                                                       Attorneys for Federal Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The parties may exceed the time limits for deposition set forth in Fed. R. Civ. Proc. 34(d) as follows:

Defendant may depose Plaintiff Julie Rohlfs for two (2) days, no more than seven (7) hours of record time each day, for a total of 14 record hours. After that time, should Defendant contend that he requires additional time for Plaintiff's deposition, he shall seek relief from the Court, after meeting and conferring with Plaintiff.

1  Both parties may depose Fernando Del Valle over the course of three days, allotted as follows:
2  one-and-a-half days or 10.5 record hours for Defendant and one day or seven record hours for Plaintiff.
3  Should either party contend that additional time is needed for Mr. Del Valle's deposition, that party shall
4  seek relief from the Court, after meeting and conferring with the other side.

6  DATED: March 27 , 2012

                                             /s/ James Ware
                                             The Honorable Chief Judge James Ware
                                             United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
Case No. C 11-04915 JW        2