MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7181
    Facsimile:   (415) 436-6748
    Email: victoria.carradero@usdoj.gov

Attorneys for Defendant

Denise Hulett (SBN 121553)
Claudia Center (SBN 158255)
LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER

    180 Montgomery Street, Suite 600
    San Francisco, CA 94104
    Telephone: (415) 864-8848
    Facsimile: (415) 593-0096
    Email: dhulett@las-elc.org
    center@las-elc.org

Wendy E. Musell (SBN 203507)
STEWART & MUSELL, LLP

    351 California Street, Suite 700
    San Francisco, CA 94104
    Telephone: (415) 274-0700
    Facsimile: (415) 520-0920
    Email: wmusell@stewartandmusell.com

APPROVED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE ROHLFS, <br><br>        Plaintiff, <br><br>   v. <br><br> ERIC HOLDER, <br><br>        Defendant. | NO. C 11-04915 JW <br><br> **STIPULATION AND [PROPOSED] ORDER RE: EXTENDED TIME FOR THE DEPOSITIONS OF PLAINTIFF AND FERNANDO DEL VALLE** <br><br> Dept: Courtroom 9, 19th Floor <br> Judge: Honorable Chief Judge James Ware |

Plaintiff Julie Rohlfs and Defendant Eric Holder hereby stipulate as follows:

The parties agree that Julie Rohlfs may be deposed for two (2) days, no more than seven (7) hours of record time each day, for a total of 14 record hours. After that time, should Defendant contend that he requires additional time for Plaintiff's deposition, he shall seek relief from the Court, after meeting and conferring with Plaintiff.

The parties agree that Fernando Del Valle may be deposed for three days, allotted as follows: one-and-a-half days or 10.5 record hours for Defendant and one day or seven (7) record hours for Plaintiff. After that time, should either party contend that additional time is needed for Mr. Del Valle's deposition, that party shall seek relief from the Court, after meeting and conferring with the other side.

**IT IS SO STIPULATED**

DATED: March 23, 2012               Denise Hulett
                                    Claudia Center
                                    Wendy Musell


                                    _____/s/_____
                                    Denise Hulett
                                    Attorneys for Plaintiff

DATED: March 23, 2012               MELINDA HAAG
                                    United States Attorney

                                    _____/s/_____
                                    Victoria R. Carradero
                                    Assistant United States Attorney
                                    Attorneys for Federal Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The parties may exceed the time limits for deposition set forth in Fed. R. Civ. Proc. 34(d) as follows:

Defendant may depose Plaintiff Julie Rohlfs for two (2) days, no more than seven (7) hours of record time each day, for a total of 14 record hours. After that time, should Defendant contend that he requires additional time for Plaintiff's deposition, he shall seek relief from the Court, after meeting and conferring with Plaintiff.

1     Both parties may depose Fernando Del Valle over the course of three days, allotted as follows:
2 one-and-a-half days or 10.5 record hours for Defendant and one day or seven record hours for Plaintiff.
3 Should either party contend that additional time is needed for Mr. Del Valle's deposition, that party shall
4 seek relief from the Court, after meeting and conferring with the other side.

6 DATED: March 27, 2012

                                                                                           */s/ James Ware*
The Honorable Chief Judge James Ware
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
Case No. C 11-04915 JW       2