1  Denise Hulett (SBN 121553)
   Claudia Center (SBN 158255)
   LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
2  180 Montgomery Street, Suite 600
   San Francisco, CA  94104
3  Telephone:      (415) 864-8848
   Facsimile:      (415) 593-0096
4  Email:           dhulett@las-elc.org
                    ccenter@las-elc.org
5
   Wendy E. Musell (SBN 203507)
6  STEWART & MUSELL, LLP
   351 California Street, Suite 700
7  San Francisco, CA 94104
   Telephone:      (415) 274-0700
8  Facsimile:      (415) 520-0920
   Email:           wmusell@stewartandmusell.com
9
   Attorneys for Plaintiff
10 Julie Rohlfs

11              **IN THE UNITED STATES DISTRICT COURT**

12           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13 JULIE ROHLFS,                          )  No. C 11-04915 JW
                                          )
14              Plaintiff,                 )
                                          )
15                                         )  STIPULATION AND [PROPOSED] ORDER
                                          )  POSTPONING CASE MANAGEMENT
16              v.                          )  CONFERENCE
                                          )
17 ERIC HOLDER, ATTORNEY GENERAL OF )
   THE UNITED STATES                      )
18                                         )
                                          )
                Defendants.               )
19                                         )
                                          )
20                                         )
                                          )
21                                         )
                                          )
22 _____)

23          The Parties in the above-entitled action jointly submit this Stipulation and Proposed

   Order and request the Court to adopt it as the Order in this case.
24
            WHEREAS, this Court scheduled a Further Case Management Conference in the above
25
   referenced matter for October 24, 2012 at 2:30 p.m.
26
            WHEREAS, the Parties have entered into a signed settlement agreement in August 2012
27
   and have fully resolved this matter.
28 STIPULATION AND [PROPOSED] ORDER
   POSTPONING CASE MANAGEMENT CONFERENCE
   No. C 11-04915 SI                                                    Page 1

1    WHEREAS, under the settlement agreement, Plaintiff has executed a stipulation of

2  dismissal.  Under the agreement, the executed stipulation will be held by counsel for Defendant

3  and will be filed with the Court upon receipt by Plaintiff's counsel of the Settlement Amount.

4  The check has not yet been received by Plaintiff's counsel.

5    WHEREAS, the parties request a continuance of the Case Management Conference to

6  December 7, 2012.  If as anticipated the stipulation of dismissal is filed before that time, the

7  parties further stipulate and agree that a further Case Management Conference will not be

8  necessary.

9    THEREBY, the Parties stipulate to and respectfully request a continuance of the

10  upcoming Case Management conference from October 24, 2012 to December 7, 2012, with any

11  joint case management statement due on November 30, 2012.

12    Attestation of Filing Party Under Local Rule 5-1(i)(3).

13    I, Claudia Center, attest that I have obtained concurrence in the filing of this document

14  from the other signatory.

15

16    Respectfully submitted,

17  Dated:  October 17, 2012              Respectfully submitted,

18                                      Denise Hulett
                                         Claudia Center
19                                      THE LEGAL AID SOCIETY – EMPLOYMENT
                                         LAW CENTER
20
                                        Wendy E. Musell
21                                      STEWART & MUSELL

22                                      Attorneys for Plaintiff JULIE ROHLFS

23

24                                      By:    /s/ Claudia Center_____
                                                Claudia Center
25

26

27

28  STIPULATION AND [PROPOSED] ORDER
    POSTPONING CASE MANAGEMENT CONFERENCE
    No. C 11-04915 SI                                              Page 2

1    Dated:  October 17, 2012              Respectfully submitted,

2                                          Melinda Haag
                                           United States Attorney
3

4                                          By:    /s/ Victoria R. Carradero
                                                  Victoria R. Carradero
5                                                 Assistant United States Attorney

6                                          Attorneys for Federal Defendant

7    It is so ordered.

8

9    Dated:   10/22           , 2012       By:    _____
                                                  The Honorable Susan Illston
10                                                United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER
     POSTPONING CASE MANAGEMENT CONFERENCE
     No. C 11-04915 SI                                          Page 3