1  Denise Hulett (SBN 121553)
   Claudia Center (SBN 158255)
   LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
2  180 Montgomery Street, Suite 600
   San Francisco, CA  94104
3  Telephone:     (415) 864-8848
   Facsimile:     (415) 593-0096
4  Email:          dhulett@las-elc.org
                   ccenter@las-elc.org
5
   Wendy E. Musell (SBN 203507)
6  STEWART & MUSELL, LLP
   351 California Street, Suite 700
7  San Francisco, CA 94104
   Telephone:     (415) 274-0700
8  Facsimile:     (415) 520-0920
   Email:         wmusell@stewartandmusell.com
9
   Attorneys for Plaintiff
10 Julie Rohlfs

11           IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 JULIE ROHLFS,                        )  No. C 11-04915 JW
                                        )
14            Plaintiff,                )
                                        )
                                        )  STIPULATION AND [PROPOSED] ORDER
15                                      )  POSTPONING CASE MANAGEMENT
            v.                          )  CONFERENCE
16                                      )
                                        )
17 ERIC HOLDER, ATTORNEY GENERAL OF     )
   THE UNITED STATES                    )
18                                      )
                                        )
            Defendants.                 )
19                                      )
                                        )
20                                      )
                                        )
21                                      )
                                        )
   _____)
22
           The Parties in the above-entitled action jointly submit this Stipulation and Proposed

23
   Order and request the Court to adopt it as the Order in this case.

24
           WHEREAS, this Court scheduled a Further Case Management Conference in the above

25
   referenced matter for October 24, 2012 at 2:30 p.m.

26
           WHEREAS, the Parties have entered into a signed settlement agreement in August 2012

27
   and have fully resolved this matter.

28 STIPULATION AND [PROPOSED] ORDER
   POSTPONING CASE MANAGEMENT CONFERENCE
   No. C 11-04915 SI                                              Page 1

1    WHEREAS, under the settlement agreement, Plaintiff has executed a stipulation of

2    dismissal.  Under the agreement, the executed stipulation will be held by counsel for Defendant

3    and will be filed with the Court upon receipt by Plaintiff's counsel of the Settlement Amount.

4    The check has not yet been received by Plaintiff's counsel.

5    WHEREAS, the parties request a continuance of the Case Management Conference to

6    December 7, 2012.  If as anticipated the stipulation of dismissal is filed before that time, the

7    parties further stipulate and agree that a further Case Management Conference will not be

8    necessary.

9    THEREBY, the Parties stipulate to and respectfully request a continuance of the

10   upcoming Case Management conference from October 24, 2012 to December 7, 2012, with any

11   joint case management statement due on November 30, 2012.

12   Attestation of Filing Party Under Local Rule 5-1(i)(3).

13   I, Claudia Center, attest that I have obtained concurrence in the filing of this document

14   from the other signatory.

15

16   Respectfully submitted,

17   Dated:  October 17, 2012                    Respectfully submitted,

18                                               Denise Hulett
                                                 Claudia Center
19                                               THE LEGAL AID SOCIETY – EMPLOYMENT
                                                 LAW CENTER
20
21                                               Wendy E. Musell
                                                 STEWART & MUSELL

22                                               Attorneys for Plaintiff JULIE ROHLFS

23
24                                               By:    /s/ Claudia Center_____
                                                        Claudia Center
25

26

27

28   STIPULATION AND [PROPOSED] ORDER
     POSTPONING CASE MANAGEMENT CONFERENCE
     No. C 11-04915 SI                                                          Page 2

1   Dated:  October 17, 2012

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER
Respectfully submitted,

Melinda Haag
United States Attorney


By:    /s/ Victoria R. Carradero
       Victoria R. Carradero
       Assistant United States Attorney

Attorneys for Federal Defendant

It is so ordered.



Dated:   10/22            , 2012      By:   _Susan Illston_____
                                            The Honorable Susan Illston
                                            United States District Court

STIPULATION AND [PROPOSED] ORDER
POSTPONING CASE MANAGEMENT CONFERENCE
No. C 11-04915 SI                                    Page 3