MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7181
  Facsimile:  (415) 436-6748
  Email: victoria.carradero@usdoj.gov

Attorneys for Defendant

Denise Hulett (SBN 121553)
Claudia Center (SBN 158255)
LEGAL AID SOCIETY – EMPLOYMENT
LAW CENTER

   180 Montgomery Street, Suite 600
   San Francisco, CA 94104
   Telephone: (415) 864-8848
   Facsimile: (415) 593-0096
   Email: dhulett@las-elc.org
   center@las-elc.org

Wendy E. Musell (SBN 203507)
STEWART & MUSELL, LLP

   351 California Street, Suite 700
   San Francisco, CA 94104
   Telephone: (415) 274-0700
   Facsimile: (415) 520-0920
   Email: wmusell@stewartandmusell.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE ROHLFS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC HOLDER,<br><br>　　　　　　Defendant. | CASE NO. C 11-04915 SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL**<br><br>Dept: Courtroom 10, 19th Floor<br>Judge: Honorable Judge Susan Illston |

1  Pursuant to the parties' Settlement Agreement and Federal Rule of Civil Procedure 41(a), Plaintiff
2  Julie Rohlfs ("Plaintiff") and Defendant Eric Holder ("Defendant"), hereby stipulate to the dismissal
3  with prejudice of this entire action (Julie Rohlfs v. Eric Holder, United States District Court, Northern
4  District of California, Case No. 11-4915 JW) and any and all claims that were brought or could have
5  been brought pertaining to any of the issues raised in the action. Each side will bear its own attorneys'
6  fees, expenses and costs.

**IT IS SO STIPULATED.**

DATED: August 16, 2012

PLAINTIFF JULIE ROHLFS

_____
Julie Rohlfs
Plaintiff

LEGAL AID SOCIETY -
EMPLOYMENT LAW CENTER

STEWART & MUSELL, LLP

DATED: August 21, 2012

Denise Hulett
Claudia Center
Wendy Musell

_____
Denise Hulett
Attorneys for Plaintiff

DATED: August 27, 2012

MELINDA HAAG
United States Attorney

_____
Victoria R. Carradero
Assistant United States Attorney
Attorneys for Federal Defendant

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Case No. C 11-04915 JW                                  1

| | |
|---|---|
| 1 | **PURSUANT TO STIPULATION IT IS SO ORDERED** |
| 2 | The above entitled action, and any and all claims that were brought or could have been |
| 3 | brought pertaining to any of the issues raised in the action, are hereby dismissed with prejudice.  Each |
| 4 | side will bear its own attorneys' fees, expenses and costs.  The Clerk of the Court is directed to close this |
| 5 | file. |
| 8 | DATED:   November 9, 2012 |

_Susan Illston_
The Honorable Susan Illston
United States District Court Judge